**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02708-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

GEOFFREY W. MANSFIELD,

    Plaintiff,

v.

PEABODY ENERGY 20 MILE COAL CO.,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff has submitted a Motion for Extension of Time (ECF No. 1) and among the attachments to the motion are a Charge of Discrimination and a notice of right to sue from the Equal Employment Opportunity Commission.  Because it appears that Plaintiff intends to initiate a lawsuit asserting claims of employment discrimination, the instant action has been commenced.  The Motion for Extension of Time will be denied because Plaintiff provides no authority that would allow the court to extend the time to file a complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the motion is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    xx    is not submitted
(2)    ___    is not on proper form

(3) __ is missing original signature by plaintiff/petitioner/applicant
(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) xx other: <u>motion is necessary only if fees totaling $400.00 are not paid in advance</u>.

**Complaint or Petition**:
(9) xx is not submitted
(10) __ is not on proper form (must use the court's current nonprisoner form)
(11) __ is missing an original signature by the plaintiff/petitioner/applicant
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other: _____.

Accordingly, it is

ORDERED that the Motion for Extension of Time (ECF No. 1) is denied. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers that Plaintiff files in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to

Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Title VII

Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice. The dismissal shall be without prejudice.

DATED October 3, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge